IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAVID FRAKER**,

    Plaintiff,                                     Case No.: 1:18-cv-01444

v.                                                   **HON. PAUL L. MALONEY**

**CITY OF GRAND RAPIDS**,
a Michigan Municipal Corporation,

    Defendant.

_____/

| | |
|---|---|
| **DAVID FRAKER,** *in pro per* <br> 3032 Bird Ave., NE <br> Grand Rapids, MI  49525 <br> (616) 644-3038 <br> davidbfraker@gmail.com | **ELIZABETH J. FOSSEL (P41430)** <br> Director of Civil Litigation <br> **TOBY KOENIG (P72367)** <br> Assistant City Attorney <br> Attorneys for Defendant City of Grand Rapids <br> 300 Monroe Ave. NW, Ste. 620 <br> Grand Rapids, MI 49503 <br> (616) 456-3181 <br> (616) 456-4569 FAX <br> efossel@grcity.us <br> tkoenig@grcity.us |

_____/

### MOTION FOR SUMMARY JUDGMENT

    Defendant, City of Grand Rapids, moves this Court for Summary Judgment pursuant to Rule 56a for the reasons stated in the Brief in Support of Motion for Summary Judgment.

                                                     Respectfully submitted,

Date:  March 10, 2020                   By:  */s/  Elizabeth J. Fossel*
                                                          Elizabeth J. Fossel (41430)
                                                          Toby Koenig (P72367)
                                                 Business Address & Telephone:
                                                          300 Monroe Avenue, N.W.
                                                          Suite 620
                                                          Grand Rapids, MI  49503
                                                          (616) 456-4000