**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DAVID FRAKER**,

    Plaintiff,

v.

**CITY OF GRAND RAPIDS**,
a Michigan Municipal Corporation,

    Defendant.

Case No.: 1:18-cv-01444
**HON. PAUL L. MALONEY**

## EXHIBIT LIST

1. Tree Trimmer I job description
2. Affidavit of Floyd Calendar
3. Affidavit of Dan Coy
4. Deposition of David Fraker
5. Affidavit of Craig Coulson
6. Affidavit of Mary Karsis(formerly Dickerson)
7. GREIU Collective Bargaining Agreement
8. Civil Service Rules
9. Affidavit of Ken Deering
10. EEOC charge
11. Affidavit of Joe Sulak
12. Arborist job description
13. Fraker-Patterson email string
14. Affidavit of Desiree Foster
15. Dr. Failla Review of Records
16. Environmental Resources Technician Description
17. Excerpts from Plaintiff's Answers to Defendant's First Set of Discovery Requests