IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAVID FRAKER,**

    Plaintiff,

v.

**CITY OF GRAND RAPIDS,**
a Michigan Municipal Corporation,

    Defendant.

Case No.: 1:18-cv-01444
**HON. PAUL L. MALONEY**

_____/

**DAVID FRAKER,** *in pro per*
3032 Bird Ave., NE
Grand Rapids, MI 49525
(616) 644-3038
davidbfraker@gmail.com

**ELIZABETH J. FOSSEL (P41430)**
Director of Civil Litigation
**TOBY KOENIG (P72367)**
Assistant City Attorney
Attorneys for Defendant City of Grand Rapids
300 Monroe Ave. NW, Ste. 620
Grand Rapids, MI 49503
(616) 456-3181
(616) 456-4569 FAX
efossel@grcity.us
tkoenig@grcity.us

_____/

# EXHIBIT 1

City of Grand Rapids - Class Specification Bulletin                                               Page 1 of 2



# TREE TRIMMER I

Class Code: 390

CITY OF GRAND RAPIDS
Established Date: Feb 1, 1992
Revision Date: May 14, 2009

Bargaining Unit: GR Employee Independent Union



EXHIBIT
2
KK  1-29-20

## SALARY RANGE
$17.96 - $22.97 Hourly
$1,437.19 - $1,837.58 Biweekly
$3,113.92 - $3,981.42 Monthly
$37,367.00 - $47,777.00 Annually

**NATURE OF WORK:**
This is semiskilled work in the care and maintenance of city-owned trees. Work is performed under the general supervision of the Forestry Supervisor and continuing guidance of a higher level tree trimmer. The employee may be expected to give guidance and direction to less experienced employees.

**EXAMPLES OF WORK:**
(May not include all of the duties performed.)

Removes, trims, prunes and tops trees on city streets, using specialized equipment and hand and power saws.

Trims trees to assure adequate clearance for overhead utilities.

Removes split and damaged limbs from storm damaged trees; removes limbs from power lines; removes trees and limbs fallen into streets, and onto cars and buildings.

Plants trees, removes stumps and roots.

Operates a variety of standard power and hand tools and specialized equipment, such as chair saws, chippers, stump cutters, mobile aerial tower, hoppers and the like.

Operates snow removal equipment, as needed.

Performs other related duties as assigned.

**REQUIREMENTS OF WORK:**
Knowledge of tree trimming practices, techniques and equipment.

Knowledge of standard hand and power tools and equipment used in tree trimming activities.

Knowledge of safety standards and precautions pertaining to the use of tools and equipment related to tree trimming and to working near overhead power lines.

Ability to read and follow written and oral instructions.

Ability to operate such equipment as hand and power saws, other tree trimming and removal equipment, trucks and the like in a safe and effective manner.

EXHIBIT E                                                                                    FRAKER-EEOC 134

Ability to perform heavy manual labor, including bending, stooping, reaching, and lifting heavy objects.

Ability to work cooperatively with other employees and the general public.

**MINIMUM TRAINING AND EXPERIENCE:**
Completion of high school and three years of experience in groundskeeping activities, especially with regard to trimming trees; or any equivalent combination of training and experience.

**OTHER NECESSARY QUALIFICATIONS:**
Possession of a valid Michigan commercial driver's license.

**THIS IS A SAFETY-SENSITIVE POSITION SUBJECT TO THE DEPT OF TRANSPORTATION (DOT) RANDOM DRUG & ALCOHOL TESTING PROGRAM. A DOT WAIVER FORM MUST BE COMPLETED WHEN AN APPLICATION IS SUBMITTED.**