UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID FRAKER,                          )
                     Plaintiff,        )
                                       )        No. 1:18-cv-1444
-v-                                    )
                                       )        Hon. Paul L. Maloney
CITY OF GRAND RAPIDS,                  )
                     Defendants.       )
_____    )

## ORDER

Pending before the Court is Plaintiff's third motion for extension of time to respond to Defendant's motion for summary judgment (ECF No. 63). The Court has twice granted Plaintiff extensions of this deadline, and on April 28, 2020, warned Plaintiff that "[a]bsent extraordinary circumstances, further requests for extension of the deadline will not be granted." (ECF No. 62.) Plaintiff seeks this third extension for more time to confer with counsel. However, Plaintiff states that he is proceeding *in pro per.* Therefore, there should be no need for him to confer with counsel, and Plaintiff has failed to demonstrate extraordinary circumstances that warrant an extension of the deadline. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for extension of time (ECF No. 63) is **DENIED**.

**IT IS SO ORDERED**.

Date:  May 21, 2020                    ___/s/ Paul L. Maloney___
                                       Paul L. Maloney
                                       United States District Judge