UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID FRAKER,  )
              Plaintiff,  )
                          )    No. 1:18-cv-1444
-v-  )
                          )    Honorable Paul L. Maloney
CITY OF GRAND RAPIDS,  )
              Defendant.  )
                          )

## JUDGMENT

In accordance with the opinion entered today (ECF No. 72), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:**  September 4, 2020                            /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge